# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE A GONYE,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, et al.,<br><br>  Defendants. | Case No.  21-cv-05223-BLF<br><br>**ORDER TO SHOW CAUSE** |

On July 28, 2021, this Court granted Plaintiff's motion to proceed *in forma pauperis*, screened her complaint pursuant to 28 U.S.C. § 1915, and dismissed her complaint with leave to amend.  ECF No. 11.  The Court set a September 9, 2021 deadline for Plaintiff to file any amended complaint.  *Id.* at 4.  No such amended complaint has been filed.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before October 22, 2021**, why this case should not be dismissed for failure to prosecute.  If Plaintiff does not respond by October 22, 2021, the Court will dismiss the action without further notice.

**IT IS SO ORDERED.**

Dated: September 22, 2021

_____
BETH LABSON FREEMAN
United States District Judge